# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WAYNE CARL THOMAS

NO. 2025 KW 1114

**JANUARY 9, 2026**

---

In Re: Wayne Carl Thomas, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 03-10-0155.

---

**BEFORE: MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DENIED AS MOOT WITH ORDER.** The records of the East Baton Rouge Parish Clerk of Court's Office reflect that the district court acted on relator's amended application for postconviction relief on September 17, 2025. The East Baton Rouge Parish Clerk of Court's Office is **ORDERED** to forward a copy of the September 17, 2025 judgment to relator, if it has not already done so.

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT